Hendricks v Fennel (2025 NY Slip Op 05040)

Hendricks v Fennel

2025 NY Slip Op 05040

Decided on September 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: September 23, 2025

Before: Moulton, J.P., Scarpulla, Kapnick, Mendez, O'Neill Levy, JJ. 

Index No. 28445/15|Appeal No. 3437|Case No. 2024-04527|

[*1]Lisa Hendricks etc., Plaintiff-Respondent, 
v
David Fennel, Defendant, Visiting Nurse Service of New York Home Care II et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, Bronx County (Bianka Perez, J.), entered on or about July 15, 2024,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated, January 12, 2025,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: September 23, 2025